

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00262-CV

| | | |
|---|---|---|
| VIASO TRANSPORTATION SOLUTIONS, LLC AND AVANZA CONSTRUCTION & EARTHWORK, LLC, Appellants | § | On Appeal from the 153rd District Court |
| | § | of Tarrant County (153-321104-20) |
| V. | § | April 28, 2022 |
| ANCORTEX, INC., Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm the portion of the trial court's default judgment regarding Appellants Viaso Transportation Solutions, LLC and Avanza Construction & Earthwork, LLC's liability for the accident. We reverse the portion of the trial court's default judgment that awarded Appellee Ancortex, Inc. unliquidated damages and remand the case to the trial court for a new trial solely on the existence of a causative nexus between the train accident and the damages to the

Casagrande and, if one is established, for a new trial on the amount of Ancortex's unliquidated damages.

It is further ordered that Appellants and Appellee shall split the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
        Justice Dabney Bassel